UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| JENNIFER BUCK, an individual, | CASE NO. 5:14-CV-00817-BRO-JC |
|---|---|
| Plaintiff, | [Assigned to the Hon. Beverly Reid O'Connell] |
| vs. | **ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| WELLS FARGO BANK, N.A., a South Dakota Corporation; and DOES 1 through 150, inclusive, | |
| Defendants. | Trial Date:   July 21, 2015 |

317231

# ORDER

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>With</u> <u>Prejudice</u>, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 5:14-CV-00817-BRO-JC be dismissed in its entirety <u>with</u> <u>prejudice</u>.

**IT IS SO ORDERED.**

Dated: April 7, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge